

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Russell Luckett, | Civil Action No. 20-cv-0932-MMA-JLB |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's Motion to Proceed IFP, dismisses this civil action without further leave to amend for failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

**Date:** 8/5/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ T. Ferris

T. Ferris, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 20-cv-0932-MMA-JLB

A. Sudbury, Court Bailiff - San Diego County Sheriff Dept.;
A. Macias, Court Bailiff - San Diego County Sheriff Dept.;
J. Lopez, Court Bailiff - San Diego County Sheriff Dept.;
San Diego County Sheriff, San Diego County;
John Doe 1 to 4, Bailiff at San Diego Sheriff,

Defendants.